ERIC GRANT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CV-01108-HBK |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| OMAR ALEXANDER RIVAS BONILLA, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Plaintiff filed its complaint on September 2, 2025. ECF 1. Defendant has not served an answer or a motion for summary judgment. See docket. Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure provides that the plaintiff may dismiss an action without a court order before the opposing party serves either an answer or a motion for summary judgment. Therefore, please take notice that the complaint filed on September 2, 2025, is hereby dismissed without prejudice.

Respectfully submitted,

Dated: October 6, 2025            ERIC GRANT
United States Attorney


By: /s/ ROBIN TUBESING
ROBIN TUBESING
Assistant United States Attorney


NOTICE OF DISMISSAL

1